UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNIVERSAL UNDERWRITERS INSURANCE
COMPANY, etc.,

       Plaintiff,

          v.                       No.3:04-cv-1216-J-12MMH

ABE'S WRECKER SERVICE, INC., etc.,
et al.,

       Defendants.

---

## O R D E R

This cause is before the Court on several pending motions.  The Court will address each in turn below.

Plaintiff's Motion for Summary Judgment (Doc. 136) was filed July 10, 2007.  On July 24, 2007, Defendants Maria Teresa Abella, Sandra Vera, and Abe's Wrecker Service filed a Motion to Strike Plaintiff's Motion for Summary Judgment (Doc. 140). On that same date, Defendants' Abe's Wrecker Service, Inc. and James T. Scheider Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment (Doc. 143) was filed, which Defendant Maria Teresa Abella adopted (Doc. 144).  Plaintiff's Memorandum in Opposition to Defendants' Motion to Strike (Doc. 145) was filed on August 1, 2007.

The Court is of the opinion that the time is long past to consider a motion for summary judgment which appears to be based on the record which was available at the time of the dispositive motion deadline in this case – April 28, 2006, over one year ago.

All parties in this action previously have filed motions for summary judgment which this Court considered and ruled upon and the Court finds no compelling reason to exercise its discretion to permit the filing of an additional motion for summary judgment at this time. The facts that this matter is scheduled for a Final Pretrial Conference, the case has been pending since November 18, 2004, and three of the four Defendants oppose the Court's consideration of the motion for summary judgment provide additional reasons for the Court not to consider Plaintiff's motion for summary judgment at this stage of the proceedings. The Court will grant the Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment.

On July 24, 2007, Defendant Maria Teresa Abella filed a Motion to Clarify Deadlines for Disclosure of Expert Witnesses (Doc. 142), to which no response has been filed, and a Motion to Take De Bene Esse Deposition of Key Witness (Doc. 141), to which the Plaintiff filed a response in opposition (Doc. 149) on August 6, 2007. As the determination of these matters will be better informed once the trial of this case is set, the Court will defer ruling on these motions until the Pretrial Conference scheduled for September 12, 2007.

Finally, on August 3, 2007, the Motion of Defendant Abella to Excuse Party from Attendance at Trial (Doc. 146) was filed. Plaintiff's response (Doc. 148), indicating that it has not objection to the motion, was filed on August 6, 2007. The Court will grant the motion.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1.      That the Motion to Strike Plaintiff's Motion for Summary Judgment (Doc.

2

140) filed by Defendants Maria Teresa Abella, Sandra Vera, and Abe's Wrecker

Service is granted and Plaintiff's Motion for Summary Judgment (Doc. 136) is hereby

stricken;

      2.      That the rulings on Defendant Maria Teresa Abella's Motion to Clarify

Deadlines for Disclosure of Expert Witnesses (Doc. 142), and Motion to Take De Bene

Esse Deposition of Key Witness (Doc. 141), are deferred until the Pretrial Conference

scheduled for September 12, 2007; and

      3.      That the Motion of Defendant Abella to Excuse Party from Attendance at

Trial (Doc. 146) is granted and Defendant Maria Teresa Abella is excused from

attendance at the trial of this matter.

      **DONE and ORDERED** this ⎽15TH⎽ day of August 2007.

                        *Howell W. Melton*
                        Senior United States District Judge

C:

Counsel of Record